IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMES H. ROBINSON,**

    Petitioner,

vs.                                                  Case No. 4:05cv156-RH/WCS

**JAMES V. CROSBY,**

    Respondent.

_____/

## ORDER TO ANSWER § 2254 PETITION

Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and an application to proceed in forma pauperis. Docs. 1 and 2. Leave to so proceed will be granted.

The court has reviewed the § 2254 petition and Respondent will now be required to file an answer addressing the allegations in the petition. § 2254 Rule 5(a). "In addition, it must state whether any claim in the petition *is* barred by a failure to exhaust state remedies, a procedural bar, non-retroactivity, or a statute of limitations." *Id.* (emphasis added). Conversely, there is no reason to argue the facts or law relevant to whether a claim is barred if Respondent concedes that the claim *is not* barred in this

case.[1]  Respondent shall include references to the record (included with the answer pursuant to § 2254 Rule 5(d)) and citations to *directly relevant* legal authority, and shall omit generic or "boiler plate" legal language.

If a procedural argument not going to the merits is raised, Respondent may await a ruling on that defense before filing an answer on the merits.

Petitioner may file a reply to Respondent's arguments within the time set by this order, but is not required to do so.  § 2254 Rule 5(e).

The court will review the record after the answer and Petitioner's reply (if any) are filed.  If it does not appear that a hearing or additional argument is warranted, then the undersigned will enter a report and recommendation for disposition of the § 2254 petition; if an evidentiary hearing appears necessary, counsel will be appointed.  § 2254 Rule 8.

Accordingly, it is **ORDERED:**

1.  Leave to proceed in forma pauperis (doc. 2) is **GRANTED**.

2.  The clerk shall furnish a copy of the § 2254 petition (doc. 1), along with this order, to Respondent and the Attorney General of the State of Florida.

3.  Respondent shall file an answer or other pleading on or before **July 18, 2005.** If voluminous exhibits or records (such as transcripts) are submitted in support of the answer, **paper copies shall be provided to the court**.

---

[1] It is noted that Respondent may respond to the merits without waiving the exhaustion requirement.  *See* § 2254(b)(2) and § 2254(b)(3).

4. Petitioner shall have until **August 18, 2005**, to file a reply, if desired.

**DONE AND ORDERED** on May 17, 2005.

 s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**