**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

JAMES H. ROBINSON,

    VS                                      CASE NO. 4:05cv156-RH/WCS

JAMES V. CROSBY, JR., et al.,

**REFERRAL AND ORDER**

    The motion/pleading was filed by defendant on 07/18/2005 (document #6), and referred to Magistrate Judge William C. Sherrill on 07/18/2005.

    Summary of motion/pleading: RESPONDENT'S FIRST MOTION FOR ENLARGEMENT OF TIME

                          WILLIAM M. MCCOOL, CLERK OF COURT

                                  s/ Pam Lourcey
                          DEPUTY CLERK

---

**ORDER OF COURT**

    Upon consideration of the foregoing, it is ORDERED this 22nd day of July, 2005, the requested relief is **GRANTED.** The time for filing an answer is extended to September 1, 2005. Petitioner shall have until October 3, 2005, in which to file a reply, if desired.

                                  S/ William C. Sherrill
                          UNITED STATES MAGISTRATE JUDGE