# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JAMES H. ROBINSON,

    Petitioner,

v.                    CASE NO.  4:05cv156-RH/WCS

JAMES McDONOUGH,

    Respondent.

_____/

## ORDER DENYING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 10), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "The petition under 28 U.S.C. §2254 challenging petitioner's conviction in the Circuit Court, Second Judicial Circuit, Leon County, Florida, case number 01-751-AF, is DENIED with prejudice."  The clerk shall close the file.

SO ORDERED this 25th day of September, 2006.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge